RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                              E-FILED
701 Bridger Ave
Suite 820
Las Vegas, NV 89101
(702) 853-4500

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br> TERRY OLSEN <br> CAROL OLSEN | CASE NO: BKS-10-15865-BAM <br><br> CHAPTER 13 <br><br> Hearing Date:   August 05, 2010 <br> Hearing Time:   1:30 pm |

RANDOLPH GOLDBERG
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #1**
**COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Rick A. Yarnall, hereby objects to confirmation of Plan and hereby represents the following:

The debtor(s) filed for Chapter 13 relief on 04/05/2010. The 341(a) Meeting of Creditors held on July 13, 2010 at 1:30 pm was:

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- The debtor(s) has failed to cooperate with the Trustee [11 USC 521 (3)] as the following document(s) were not provided:
  - Original signature(s) on B21 and/or ECF
  - Tax returns: 2006
  - Pay stubs: Oct 9, Oct 16, Nov, Dec 4, Dec 11
  - Bank statments: Us Bank #7532 Mar 6-April 5

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00 per quarter the case is pending.

Dated:  July 05, 2010

/s/ Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee